IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**LAQUICIA HODGES**                                                                **PLAINTIFF**

**VERSUS**                                                     **CIVIL ACTION NO. 2:05CV103-P-B**

**THE HARTFORD INSURANCE
COMPANY, et al**                                                          **DEFENDANTS**

**<u>ORDER</u>**

This cause came on for hearing on plaintiff's Motion to Remand [10]. The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered this day, the Court finds that the plaintiff's Motion to Remand is not well-taken and should be denied. Furthermore, inasmuch as the Court's finding is premised on the fraudulent joint of defendant Retzer Resources, said defendant should be dismissed with prejudice as a party defendant.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion to Remand [10] is not well-taken and should be, and hereby is, DENIED. IT IS FURTHER ORDERED that Defendant Retzer Resources is hereby DISMISSED WITH PREJUDICE as a party defendant IT IS FURTHER ORDERED that the stay imposed by the Magistrate Judge pending a ruling on the instant motion is hereby LIFTED. IT IS FURTHER ORDERED that the parties are to contact the assigned magistrate judge concerning the entry of a scheduling conference within ten (10) days of the entry of this Order.

SO ORDERED, this the 11th day of July, 2006.

                                                                  /s/ W. Allen Pepper, Jr.
                                                                   W. ALLEN PEPPER, JR.
                                                                   UNITED STATES DISTRICT JUDGE