IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**LAQUICIA HODGES**                                                      **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 2:05CV103-P-B**

**THE HARTFORD INSURANCE**
**COMPANY, et al**                                                    **DEFENDANTS**

## ORDER

This cause is before the Court on defendant Hartford's Motion to Strike Plaintiff's Rebuttal [17]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion should be dismissed as moot.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant Hartford's Motion to Strike Plaintiff's Rebuttal [17] should be, and hereby is, DISMISSED AS MOOT.

SO ORDERED, this the 11th day of July, 2006.

                                                             /s/ W. Allen Pepper, Jr.
                                                             W. ALLEN PEPPER, JR.
                                                             UNITED STATES DISTRICT JUDGE