IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

LAQUICIA HODGES                                                                                          PLAINTIFF

VS.                                                                                          CAUSE NO. 2:05cv103-P-B

THE HARTFORD CASUALTY INSURANCE COMPANY                                DEFENDANTS

_____

### AMENDED CASE MANAGEMENT PLAN ORDER
_____

The original case management plan order entered by the Court is hereby amended only in the following respects. It is hereby ORDERED:

1. That the Defendant shall designate experts by May 15, 2007.

2. That all discovery shall be completed by May 31, 2007.

3. That all motions other than motions *in limine* shall be filed by May 31, 2007.

All other deadlines originally set by the Court shall remain the same.

**SO ORDERED** this, the 10th day of May, 2007.

/s/ Eugene M. Bogen
UNITED STATES MAGISTRATE JUDGE

AGREED & APPROVED:

**S/ Ellis Turnage**

_____
ELLIS TURNAGE - MSB#8131
TURNAGE LAW OFFICE
P. O. Box 216
Cleveland, MS 38732-0216
Telephone: (662) 843-2811
E-mail: eturnage@tecinfo.com
**COUNSEL FOR PLAINTIFF**

**S/ H. Wesley Williams, III**

_____
H. WESLEY WILLIAMS, III-MSB#9320
MARKOW WALKER, P.A.
P.O. Box 13699
Jackson, MS 39236
Telephone: (601)853-1911
Facsimile:   (601)853-8284
E-mail: wwilliams@markowwalker.com
**COUNSEL FOR HARTFORD CASUALTY INSURANCE COMPANY**